UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| VICTOR PINON-AREOLA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26cv984 DRL-SJF |

OPINION AND ORDER

Immigration detainee Victor Pinon-Areola, a litigant without counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States.

Mr. Pinon-Areola is a citizen of Mexico who entered the United States without inspection. He came to the attention of immigration officials in 2026 after an arrest by local law enforcement in Indiana for a traffic violation. In June 2026, he was taken into custody by United States Immigration and Customs Enforcement (ICE) agents in Indiana pursuant to an administrative warrant, and was then transferred to Miami Correctional Facility pending the conclusion of his removal proceedings [7-2].

Mr. Pinon-Areola alleged in his petition, filed in early July 2026, that he was being denied an opportunity for release on bond while his removal proceedings were pending. [2.] The Warden responds that on July 14, 2026, an immigration judge granted Mr. Pinon-Areola's request for voluntary departure, and he waived his right to appeal to the Board of Immigration Appeals (BIA) [10-2], bringing his removal proceedings to a conclusion. The

Warden further says in late July 2026, ICE facilitated Mr. Pinon-Areola's departure to Mexico [10]. Mr. Pinon-Areola has not filed a reply, and the deadline for him to do so has expired.[1]

Because Mr. Pinon-Areola is no longer in ICE custody, his habeas petition challenging his detention has become moot. *E.F.L. v. Prim*, 986 F.3d 959, 962–63 (7th Cir. 2021) ("The Constitution limits our jurisdiction to resolving live 'Cases' and 'Controversies,' rather than issuing advisory opinions."); *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated."); *see also Cedeno-Gonzalez v. Mullin*, No. 25-3186, 2026 WL 2269139, 2 (7th Cir. Aug. 6, 2026) (immigration habeas petitioner's claims concerning his detention were moot upon his removal to Mexico). Therefore, the case must be dismissed. *E.F.L.*, 986 F.3d at 962.

For these reasons, the court DISMISSES the petition [2] as MOOT and DIRECTS the clerk to close this case.

SO ORDERED.

September 18, 2026

*s/ Damon R. Leichty*
Judge, United States District Court

[1] Mail sent to Mr. Pinon-Areola at Miami Correctional Facility has been returned as undeliverable, with the notation that he is no longer there [11], which corresponds with the Warden's assertion about his departure to Mexico.